UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN L. ANGLIN,<br>      Plaintiff, | § § § | |
| v. | § § | No. 3:18-cv-1564-B (BT) |
| EDGEMERE/AUREON,<br>      Defendant. | § § § | |

## JUDGMENT

The Court has entered its Order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff's complaint is dismissed without prejudice for want of prosecution.

It is further ORDERED that the Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

Signed this 29th day of August, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE